STUART
8629 E. Cheryl Dr.
Scottsdale, AZ 85258



FILED ___ LODGED
RECEIVED ___ COPY
NOV 1 2 2021
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Clerk, U.S. District Court
of Arizona
401 W. Washington St.
#130
SPC 1
Phoenix, AZ 85003-2118