**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark E Stuart, et al., | No. CV-21-01917-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Jim Thompson, et al., | |
| Defendants. | |

Before the Court is Defendants' Rule 60(a) Motion to Amend or Correct Order of Dismissal (Doc. 73). Therein, Defendants correctly note that in its September 9, 2024, Order, the Court erroneously permitted Count Three of Plaintiffs' Complaint to proceed against "former Scottsdale City Attorney Washburn." (Doc. 71 at 65). Plaintiffs' Second Amended Complaint, however, only asserts an unlawful seizure claim against Defendants Scott, Santaella, and Thompson. (Doc. 36 ¶ 172). The Order also erroneously dismisses Defendant Santaella despite allowing Count Three to proceed against this Defendant. (Doc. 71 at 65).

The Court instructed Plaintiff to file any objection to Defendants' Rule 60 Motion on or before October 11, 2024 (Doc. 74). Plaintiff has not done so. At the parties' Rule 16 Scheduling Conference on October 21, 2024, undersigned informed the parties she would be granting Defendants' Motion.

Accordingly,

**IT IS ORDERED granting** Defendants' Rule 60(a) Motion to Amend or Correct

Order of Dismissal (Doc. 73).  The last sentence of the Court's September 9, 2024, Order (Doc. 71), shall be **amended** to clarify that the remaining Defendants in this matter are Scottsdale City Manager Thompson, Deputy City Attorney Luis Santaella, and City Attorney Sherry Scott.   Defendants Bruce Washburn and Unknown Washburn are **dismissed** with prejudice from this action.   Defendant Luis Santaella shall be **reinstated** as a Defendant.

Dated this 21st day of October, 2024.

*(signature)*
Honorable Diane J. Humetewa
United States District Judge